**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

James Mobley,                           :

    Plaintiff,                     :

  v.                                    :       Case No. 2:11-cv-186

Director Gary C. Mohr,                  :       JUDGE ALGENON L. MARBLEY
                                                Magistrate Judge Kemp
    Defendant.                     :

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED That pursuant to the September 12, 2011 Opinion and Order, the Court overruled plaintiff's objection and ADOPTED the Report and Recommendation (#4) in its entirety. This case is DISMISSED pursuant to 28 U.S.C. 1915(e)(2) and 1915A for failure to state a claim upon which relief can be granted.

Date: **September 12, 2011**                **James Bonini, Clerk**

                                                          s/Betty L. Clark
                                                       Betty L. Clark/Deputy Clerk